**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jossette Santiago aka Jossette Amill Perez aka Jossette Perez<br><br>             Debtor | CHAPTER 13<br><br>BKY. NO. 16-18535 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

            Respectfully submitted,

            **/s/ Matteo S. Weiner, Esq.**
            Matteo S. Weiner, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734