UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

JOSSETTE SANTIAGO
                                                : Bankruptcy No. 16-18535SR
       Debtor(s)                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                        BY THE COURT

                                        *signature*    6/8/17
                                        _____
                                        Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PRO SE

JOSSETTE SANTIAGO
12414 ACADEMY RD.
PHILADELPHIA,PA.19154