United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 16-18535-sr
Jossette Santiago                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 2              Date Rcvd: Jun 08, 2017
                            Form ID: pdf900       Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
db          +Jossette Santiago,    12414 Academy Rd.,    Philadelphia, PA 19154-1929
cr          +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13837558   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA N,    15000 Capital One Dr.,
               Richmond, VA 23238)
13837555    +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13837563    +Chase Card,    PO Box 15298,    Wilm., DE 19850-5298
13837557    +Comenity Bank/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
13837556    +ComenityCB/Modell Visa,    3100 Easton Square Pl.,    Columbus, OH 43219-6232
13837564    +Mcydsnb,    9111 Duke Blvd.,    Mason, OH 45040-8999
13837569    +Mohela/Dept. of Ed,    633 Spirit Dr.,    Chesterfield, MO 63005-1243
13869029    +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13895826    +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13837567    +Santander Consumer USA,    PO Box 961245,    Ft. Worth, TX 76161-0244
13924489    +Santander Consumer USA Inc.,    c/o Morton & Craig LLC,    110 Marter Ave., Ste. 301,
               Moorestown, NJ 08057-3124
13837561    +TD Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
13837568    +Toyota Motor Credit Co.,    240 Gibraltar Rd., Ste. 260,    Horsham, PA 19044-2387
13880612    +Toyota Motor Credit Corp.,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13842557    +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
13889252    +US Dept of ED/Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jun 09 2017 00:56:24    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2017 00:55:49
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2017 00:56:06    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13840530      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2017 00:59:09
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK 73124-8848
13895109      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2017 00:51:44
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
               Office Systems, Inc.,   Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13837570     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 09 2017 00:51:44    Capital One Auto Finan,
               3901 Dallas Pkwy.,   Plano, TX 75093-7864
13837559     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 09 2017 00:51:36    Credit One Bank NA,
               PO Box 98875,   Las Vegas, NV 89193-8875
13841532     +E-mail/PDF: cbp@onemainfinancial.com Jun 09 2017 00:51:42    OneMain,    605 Munn Rd,
               Fort Mill, SC 29715-8421
13837565     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:42    Syncb/Amer Eagle,    PO Box 965005,
               Orlando, FL 32896-5005
13837562     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:30    Syncb/JCP,    PO Box 965007,
               Orlando, FL 32896-5007
13837566     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:30    Syncb/Tjx Cos,    PO Box 965005,
               Orlando, FL 32896-5005
13837554     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:42    Syncb/Walmart,    PO Box 965024,
               Orlando, FL 32896-5024
13880095     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:42    Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13921055     +E-mail/Text: bncmail@w-legal.com Jun 09 2017 00:55:57    TD Bank USA, N.A.,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13837560     +E-mail/Text: bnc-bluestem@quantum3group.com Jun 09 2017 00:56:28    Webbank/Fingerhut,
               6250 Ridgewood Rd.,   St. Cloud, MN 56303-0820
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jun 08, 2017
                              Form ID: pdf900          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                             :

JOSSETTE SANTIAGO
                                                                   : Bankruptcy No. 16-18535SR
        Debtor(s)                                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                        BY THE COURT

                                                        _____  6/8/17
                                                        Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PRO SE

JOSSETTE SANTIAGO
12414 ACADEMY RD.
PHILADELPHIA,PA.19154